No. 562. LUKENS *v.* PENNSYLVANIA. Jurisdictional statement submitted November 11, 1933. Decided November 20, 1933. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Wabash .R. Co.* v. *Flannigan,* 192 U.S. 29; *Equitable Life Assurance Society* v. *Brown,* 187 U.S. 308, 311; *American Baseball Club* v. *Philadelphia, ante,* p. 595; *State Board of Tax*

*Commissioners* v. *Jackson*, 283 U.S. 527, 537; *Heisler* v. *Thomas Colliery Co.*, 260 U.S. 245, 255–257. *Mr. William P. Smith* for appellant. No appearance for appellee.